```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ROME DIVISION

IN RE: ROBERT BRAXTON DODD,        {   CHAPTER 13
                                   {
                                   {
        DEBTOR                     {   CASE NO. R24-40219-PWB
                                   {
                                   {   JUDGE BONAPFEL
```

**OBJECTION TO CONFIRMATION**

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor's payments under the proposed plan are not current.

2. The 341 meeting was unable to be held because Debtor could not produce proof of Social Security number; specifically, the Debtor's Social Security number was not sufficiently clear.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

```
                            _____/s/_____
                            Deborah A. Reece, Attorney
                            for Chapter 13 Trustee
                            GA Bar No. 283016
```

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
deborahr@atlch13tt.com

R24-40219-PWB

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

BERRY & ASSOCIATES

    I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

ROBERT BRAXTON DODD
159 OLD ESOM HILL LOOP
CEDARTOWN, GA 30125

This 11th day of April, 2024

                                                   Respectfully submitted,

                                                   _____/s/_____
                                                   Deborah A. Reece, Attorney
                                                   for Chapter 13 Trustee
                                                   GA Bar No. 283016

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
deborahr@atlch13tt.com