# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In    Debtor(s)
Re:   **Robert Braxton Dodd**
      159 Old Esom Hill Loop
      Cedartown, GA 30125

**xxx–xx–2874**

Case No.: **24–40219–pwb**
Chapter:  **13**
Judge:  **Paul W. Bonapfel**

## ORDER OF DISMISSAL

The Chapter 13 Trustee's objection(s) to confirmation came before the Court and

After hearing and for good cause shown, confirmation is denied, and

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

_____

Paul W. Bonapfel
United States Bankruptcy Judge

Dated: July 24, 2024

Form 155